1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,                                    ) | CASE NO. 1:12-CV-0290 AWI |
| )                                                  | BANKRUPTCY CASE NO. |
| Appellant,                       ) | 09-14047-A-7 |
| )                                                  | |
| v.                                                 ) | ORDER SETTING OUT BRIEFING |
| )                                                  | SCHEDULE |
| COUNTY OF CONTRA COSTA,           ) | |
| )                                                  | |
| Appellee.                        ) | Docs. 21 and 23 |
| _____ ) | |

Appellee has asked for a waiver of the requirement to file documents in the CM/ECF and has requested additional time for briefing. Doc. 23. The motion for waiver of the electronic filing requirements is denied, but the request for additional time is granted. Appellee's brief is due by 4:00 PM Wednesday, June 12, 2013. Should Appellant wish to file a reply, she must do so by 4:00 PM Monday, July 29, 2013.

Appellant has made a motion to waive page limits on her briefs. Doc. 21. The original briefing schedule limited opening briefs to 30 pages and replies to 20 pages. Doc. 7. Appellant's opening brief is 76 pages long. However, the brief is written out longhand as Appellant does not have access to a typewriter or computer. She estimates that it contains 14,000 words. The court estimates that her brief is the equivalent of 40 typewritten, double spaced pages (at 350 words per page). Appellant's violation of the page limits in the brief is excused. However, the court expects any reply to be limited to 45 pages and 9,000 words.

IT IS SO ORDERED.

Dated:    May 21, 2013                          _____
                                                          SENIOR DISTRICT JUDGE