# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>        Appellant,<br><br>        v.<br><br>COUNTY OF CONTRA COSTA,<br><br>        Appellee. | CASE NO. 1:12-CV-0290 AWI<br>BANKRUPTCY CASE NO.<br>  09-14047-A-7<br><br>ORDER VACATING HEARING DATE OF OOCTOBER 28, 2013 AND TAKING MATTER UNDER SUBMISSION |

    Appellee has filed a motion to strike portions of the Appellant's opening brief. Doc. 28. Appellant opposes the motion. Doc. 29. Appellant has filed motions to impose sanctions on Appellee and for access to legal materials. Docs. 34 and 36. Appellee opposes the motion to impose sanctions. Doc. 38. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 28, 2013, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 23, 2013                                  _____

                                                                    SENIOR DISTRICT JUDGE