**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN MAE POLK,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>COUNTY OF CONTRA COSTA,<br><br>　　　　　Appellee. | CASE NO. 1:12-CV-0290 AWI<br>BANKRUPTCY CASE NO.<br>　09-14047-A-7<br><br>ORDER RE: MOTION TO INCREASE AMOUNT OF COMPENSATION IN PRAYER FOR RELIEF<br><br>(Doc. 48) |

　　Appellant requests permission to increase the amount of monetary relief she seeks in this appeal. Doc. 48.  Her appeal has been denied; the Bankruptcy Judge's order was affirmed. Doc. 49.  Appellant's motion is thus moot.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:　September 27, 2014　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE